ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 5:13:54 PM
CATHY LUSK
CLERK

## CAUSE NO. 13-3353-A

| | | |
|---|---|---|
| GARRY L. ROLLINS AND | § | IN THE DISTRICT COURT |
| CARLA D. ROLLINS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | SMITH COUNTY, TEXAS |
| | § | |
| TEXAS COLLEGE, CHRISTIAN | § | |
| METHODIST EPISCOPAL CHURCH | § | |
| AND MPF INVESTMENTS, LLC | § | |
| D/B/A "A-1 RENT ALL", | § | |
| | § | |
| Defendants. | § | 7TH DISTRICT COURT |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/29/2015 5:13:54 PM
CATHY S. LUSK
Clerk

### MPF INVESTMENTS, LLC'S
### CROSS-DESIGNATION OF ITEMS FOR CLERK'S RECORD

In addition to the items Plaintiffs and Texas College have designated, Defendant MPF Investments, LLC d/b/a A-1 Rent All requests that the clerk's record on appeal from this cause would include the following additional items:

1) First Amended Plaintiffs' Original Petition (filed 1/21/14).

2) Original Answer (filed 5/27/14).

3) Defendant MPF Investments, LLC's Motion for Leave to Designate Responsible Third Party (filed 8/12/14).

4) Plaintiffs' Objection to Defendant MPF Investments, LLC's Motion for Leave to Designate Responsible Third Party (filed 8/25/14).

5) Order Granting Defendant MPF Investments, LLC's Motion for Leave to Designate Responsible Third Party (signed 9/2/14).

6) MPF Investments, LLC's Motion to Compel Plaintiffs to Respond to Written Discovery and Brief in Support with all attachments (filed 10/1/14).

7) Plaintiffs' Motion to Strike MPF Investments, LLC's Designation of Responsible Third Party (filed 10/8/14).

8) Order on MPF Investments, LLC's Motion to Compel Plaintiffs to Respond to Written Discovery (signed 10/27/14).

9) Order Denying Plaintiffs' Motion to Strike MPF Investments, LLC's Designation of Responsible Third Party (signed 10/27/14).

10) Defendant MPF Investments, LLC's Response to Plaintiffs' Motion to Strike Responsible Third Party (filed 10/23/14).

11) Amended Answer (filed 11/13/14).

12) Supplemental Answer (filed 11/17/14).

13) Order Granting Summary Judgment (signed 12/9/14).

14) Motion for Severance (filed 12/15/14).

15) Agreed Motion (filed 12/30/14).

16) Severance (filed 1/6/15).

17) Order (signed 1/6/15).

18) MPF Investments, LLC's Motion to Enforce Court Order on Written Discovery and for Sanctions with all attachments (filed 1/26/15).

19) Defendant MPF Investments, LLC D/B/A A-1 Rent All and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (filed 1/26/15).

20) Plaintiffs' Response to Defendant MPF Investments, LLC D/B/A "A-1 Rent All" and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (filed 2/3/15).

21) Defendant MPF Investments, LLC D/B/A A-1 Rent All and Texas College's Reply to Plaintiffs' Response to Motion to Strike Retained Experts Martinez, Gonzales, and Roney (filed 2/6/15).

22) Plaintiffs' Reply to Defendants' Reply Regarding Defendant MPF Investments, LLC D/B/A "A-1 Rent All" and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (filed 2/9/15).

23) Defendant MPF Investments, LLC D/B/A "A-1 Rent All"'s Second Amended Answer (filed 2/10/15).

24) Defendant MPF Investments, LLC's Reply to Plaintiffs' Response to Motion to Enforce Court Order on Written Discovery and for Sanctions with attachments (filed 2/13/15).

25) MPF Investments, LLC's Reply to Plaintiffs' Response to Traditional and No-Evidence Motion for Summary Judgment and Objections to Plaintiffs' Summary Judgment Evidence with attachments (filed 2/13/15).

26) Response (filed 2/10/15).

27) Order on Defendant MPF Investments, LLC D/B/A A-1 Rent All and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (signed 2/19/15).

28) Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Emergency Motion to Reopen Summary Judgment Record and Request for Leave to Supplement Evidence with attachments. (filed 3/12/15).

29) Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and "No Evidence" Motion for Summary Judgment (filed 3/19/15).

30)     A bill of costs.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    Texas Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

By: */s/ Todd M. Lonergan*
    Todd M. Lonergan
    Texas Bar No. 12513700
    *lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

By: */s/ Ryan K. Geddie*
    Ryan K. Geddie
    Texas Bar No. 24055541
    *geddie@mdjwlaw.com*
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

ATTORNEYS FOR APPELLEE
MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL"

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing MPF Investments, LLC's Cross-Designation of Items for Clerk's Record has been forwarded to the individuals listed below, by the methods indicated, on this 29th day of June, 2015.

Ernesto D. Sigmon
WALKER SIGMON
416 West Saulnier Street
Houston, Texas 77019
*(via e-filing and e-mail at esigmon@esigmon.com)*
*(Attorney for appellants Garry L. Rollins and Carla D. Rollins)*

Trey Yarbrough
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
*(via e-filing and e-mail at Trey@yw-lawfirm.com)*
*(Attorney for appellee Texas College)*

Ms. Lois Rogers, District Clerk
SMITH COUNTY
100 N. Broadway Avenue
Tyler, TX 75202
*(via e-filing and U.S. Mail)*

Ms. Cathy Lusk, Clerk
TWELFTH COURT OF APPEALS
1517 West Front Street
Suite 354
Tyler, Texas 75702
*(via e-filing)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian